UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH LNU,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>MARK BOWEN, et al.,<br><br>　　　　　Respondents. | No. 5:25-cv-03384-AH-SK<br><br>ORDER APPROVING STIPULATION TO DISMISS CASE AS MOOT  [18]  [JS-6]<br><br>Honorable Anne Hwang<br>United States District Judge |

1

The Court, having reviewed the Stipulation to Dismiss Case as Moot (the "Stipulation") and good cause appearing, orders as follows:

1. The Stipulation is approved.
2. This case is dismissed as moot.

Dated: JANUARY 12, 2026

_____
Honorable Anne Hwang
UNITED STATES DISTRICT JUDGE

1